**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

WRITER'S EMAIL ADDRESS
**michaelcarlinsky@quinnemanuel.com**

April 19, 2019

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
Courtroom 11D
New York, New York 10007

Re:   *In re Application of CA Investment (Brazil) S.A. For An Order to Take Discovery For Use In Foreign Proceedings Pursuant to 28 U.S.C. § 1782*, 19-MC-00134-PKC (S.D.N.Y.)

Dear Judge Castel:

We represent Eldorado Brasil Celulose S.A. ("Eldorado") in the above-captioned matter.

Following the Court's order granting Eldorado's motion to intervene, ECF No. 14, and as noted in our pre-motion letter, ECF No. 11 at 5, Eldorado has conferred and agreed on a proposed briefing schedule with Petitioner CA Investment (Brazil) S.A. for Eldorado's motion to vacate the Court's March 21, 2019 order, and/or quash the subpoenas issued pursuant to 28 U.S.C. § 1782 ("Motion"). We therefore write to jointly request that the Court approve of the attached joint stipulation setting the briefing schedule for the Motion.

As noted in Eldorado's April 17 letter, ECF No. 11 at 5, CA Investment has agreed to stay Respondents' compliance with each of the subpoenas pending resolution of Eldorado's Motion.

Respectfully submitted,

*/s/* Michael B. Carlinsky

Michael B. Carlinsky

Cc: All counsel of record (via email)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART