UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE APPLICATION OF CA INVESTMENT  (BRAZIL) S.A. FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

19-mc-134 (PKC)

ORDER

-----------------------------------------------------------x

CASTEL, U.S.D.J.

Within fourteen days of this Order, the parties are to submit a status update to the Court on the following:

(1) CA Investment (Brazil) S.A.'s ("CA Investment") appeal before the Austrian Supreme Court;

(2) CA Investment's application to the Singapore Court of Appeal for leave to appeal the High Court's dismissal of its prior application for leave to appeal the derivative action decision;

(3) The Singapore injunction action.

All submissions are to be filed via ECF.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 8, 2020