UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE APPLICATION OF CA INVESTMENT (BRAZIL) S.A. FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | 19-mc-134 (PKC)<br><br>ORDER |

-----------------------------------------------------------x

CASTEL, U.S.D.J.

   Intervenor Eldorado Brasil Celulose S.A. ("Eldorado") seeks a stay of this proceeding pending resolution of the ongoing injunction action in Singapore.  (Doc 40.) Applicant CA Investment (Brazil) S.A. ("CA") consents to Eldorado's requested stay of this proceeding until such time as there is a determination of whether discovery will be allowed in the Singapore injunction action, as described in CA's July 22, 2020 status update to the Court.  (Doc 41.)  The Court grants a stay of this proceeding until there is a determination as to whether discovery will be allowed in the Singapore injunction action following CA's possible appeal of the Singapore High Court's prior decision concerning discovery.

   SO ORDERED.

                           P. Kevin Castel
                          United States District Judge

Dated: New York, New York
     August 4, 2020